AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Reynaldo FLORES-Martinez<br><br>*Defendant(s)* | Case No: 25-2514MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of June 23, 2025 in the county of Hidalgo in the State and District of New Mexico, the defendant violated 8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections), 1326(a)(1),(2)(Re-Entry After Deport), an offense described as follows:

Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise
an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On Monday, June 23, 2025, Border Patrol Agent One was patrolling the Lordsburg Station's Area of Responsibility (AOR). Agent One and Agent Two were sitting stationary at the intersection of New Mexico (NM) Highway 9 and NM Highway 113. At approximately 2:15 p.m., Agents One and Two observed a white in color GMC Acadia sport utility vehicle (SUV) driving eastbound on NM Highway 9 and then turn northbound on NM Highway 113. Agents One and Two began driving northbound on NM Highway 113. Agent One then closed the distance with the vehicle at the twenty-mile marker. After Agent One closed the distance on the vehicle, Agent One began driving below the posted speed limit to maintain a safe distance from it. Agent One observed the vehicle had a California temporary license plate.

☒ Continued on the attached sheet.

*Complainant's signature*

Christopher P. Montoya, Border Patrol Agent
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~ by telephone. KS

Date: June 25, 2025

City and state: Las Cruces, N.M.

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Reynaldo FLORES-Martinez

**Continuation of Statement of Facts:**

Temporary license plates are commonly used by smugglers. The vehicle entered Interstate 10 (I-10) westbound. This raised Agent Ones suspicion because Agent One had observed the vehicle traveling eastbound on NM Highway 9 earlier and continued traveling northbound on NM Highway 113 and was now traveling westbound on I-10. As Agent One followed the vehicle, the driver, later identified as Defendant FLORES-Martinez, Reynaldo, was driving well under the speed limit and was no longer maintaining his lane by driving into the center lane and fog line several times. This added to Agent One's suspicion. Swaying side to side indicated from Agent One's prior experience that the driver is paying more attention to Agent One rather than focusing on driving. There were also two groups being tracked by Agents in the same proximity of NM Highway 9 where Agents One and Two had initially seen the white GMC and Agent One started to become more suspicious that this vehicle may have picked up illegal aliens from these groups.

NM Highway 113 is notorious for alien smuggling. There are no immigration checkpoints on NM Highway 113 or NM Highway 9. Illegal aliens are often picked up by smugglers in vehicles on NM Highway 9 and then furthered through rural highways like NM Highway 113 that lead to I-10. Lordsburg Station's AOR has multiple highways that lead to I-10 without any immigration checkpoints on them. NM Highway 9 is also close to the international border in many places. After making it to I-10, smugglers can then make their way to smuggling hubs such as Phoenix, Arizona and Albuquerque, New Mexico.

At this time, Agent One requested a records check from Border Patrol Dispatch on the white in color GMC Acadia bearing a California temporary license plate. Dispatch advised there was no record on file. This further raised Agent One's suspicion as fake temporary license plates are commonly used by smugglers. At this time, Agent One decided to conduct an immigration inspection. Agent One activated their emergency equipment, and the vehicle came to a complete stop on I-10 westbound near the twenty-eight-mile marker. Agents One and Two made a passenger side approach. Agents One and Two stopped at the rear of the vehicle because the windows were darkly tinted. The driver then rolled down the passenger window and Agents One and Two identified themselves as Border Patrol Agents. Agent One asked the driver to roll down the rear passenger window. Agent Two then asked the driver to roll down the window in the Spanish language. As he rolled down the window, Agent One observed three females and one male. Two of the females were sitting on the floor, and the other male and female were slouched down in their seats. The female on the floor was wearing a camouflage jacket. In the rear of the vehicle, Agent One observed three males laying down with no shirts and they were attempting to conceal themselves. At this point, from Agent One's prior experience, it was probable that this was a smuggling scheme. Agent Two advised the driver to turn off the vehicle. Agent Two then approached the driver's side and commanded the driver to step out of the vehicle. The driver was not complying with his commands and continued using his phone. Agent One opened the passenger door and placed the cell phone on the dash. The driver then complied and got out of the vehicle. Agent Two escorted the driver to his assigned government vehicle. Agent Two then questioned the seven passengers as to their citizenship, and they freely and openly admitted being illegal aliens from Mexico and present in the United States without the proper documentation to enter, pass through, or reside in the United States legally. All subjects were placed under arrest at approximately 2:50 p.m.

All subjects were transported to the Lordsburg Border Patrol Station for further processing.

Prosecution was accepted on the Defendant by Maria Armijo from the NM U.S. Attorney's Office for 8 USC 1324 and 8

USC 1326. The white GMC Acadia was processed according to El Paso Sector Forfeiture Office guidelines for its involvement and use for the transportation of illegal aliens in violation of Title 8 U.S.C. 1324, Alien Smuggling. The vehicle was towed to Lordsburg Station by a towing company.

Driver Statement:
On June 23, 2025, Agents Three and Four conducted a post-Miranda debrief with Defendant FLORES-Martinez, Reynaldo, who was the driver of a vehicle smuggling attempt through the Lordsburg Station's Area of Responsibility. Prior to asking Defendant FLORES-Martinez any questions, he was read his Miranda rights and was asked if he was willing to answer my questions, to which he agreed and indicated to by signing government form I-214.

At the beginning of the interview Defendant FLORES-Martinez provided a name of Misael, Flores-Martinez, and a date of birth of June 23, 2010. Agent Three explained to Defendant FLORES-Martinez that it was an additional charge to lie to a Federal Agent.

After that was explained to Defendant FLORES-Martinez, he stated that his first name is Reynaldo and that he was born in Guerrero, Mexico on August 15, 2003, and lives in Santa Maria, California. The Defendant FLORES-Martinez admitted to driving from Santa Maria, California to NM Highway 9 to pick up his sister-in-law, that had crossed illegally into the United States, to a pinned location that was sent to him. Once at the location he saw six additional illegal aliens getting in his car.

Once all the illegal aliens were in the car, he drove back to I-10 to go back to Santa Maria, CA. Defendant FLORES-Martinez stated that his brother had told him to take all the illegal aliens to Los Angeles, CA, where they were going to be picked up from him. Once he successfully delivered the illegal aliens to Los Angeles he was going to get paid an undisclosed amount of money per person.
No further questions were asked.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Montoya, Christopher P.
Filing Agent